UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY NEMESIS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>TOMTOP GROUP LIMITED,<br><br>  Defendant. | Case No. 17-cv-03814-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c) and Patent Local Rule 2-1(a)(3), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *My Nemesis, LLC v. Sennheiser Electronic Corporation.,* 17-cv-03813-DMR.

**IT IS SO ORDERED.**

Dated: August 4, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge